An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

NO. COA14-296

NORTH CAROLINA COURT OF APPEALS

Filed: 19 August 2014

STATE OF NORTH CAROLINA

v.

LAMARD EUGENE SMITH,
Defendant.

Guilford County
No. 12CRS087589

Appeal by defendant from judgment entered on or about 12 August 2013 by Judge Christopher W. Bragg in Guilford County Superior Court. Heard in the Court of Appeals 11 August 2014.

*Attorney General Roy A. Cooper III, by Special Deputy Attorney General Grady L. Balentine, Jr., for the State.*

*Diepenbrock Law Office, P.A., by J. Thomas Diepenbrock, for defendant-appellant.*

STROUD, Judge.

On 12 August 2013, defendant pled guilty to common law robbery and larceny from a merchant and stipulated to a prior record level II based on his 2010 conviction for attempted common law robbery. The trial court consolidated defendant's offenses for judgment and sentenced him to an active prison term of 14 to 26 months. Defendant filed timely notice of appeal.

Counsel appointed to represent defendant is unable to identify any issue with sufficient merit to support a meaningful argument for relief on appeal and asks that this Court conduct its own review of the record for possible prejudicial error. He shows to the satisfaction of this Court that he has complied with the requirements of *Anders v. California*, 386 U.S. 738, 18 L.Ed. 2d 493 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985), by advising defendant of his right to file written arguments with this Court and providing him with the documents necessary for him to do so.

Defendant has not filed any written arguments on his own behalf with this Court, and a reasonable time for him to do so has expired. In accordance with *Anders*, we have fully examined the record to determine whether any issues of arguable merit appear therefrom. We have been unable to find any possible prejudicial error and conclude that the appeal is wholly frivolous.

NO ERROR.

Judges BRYANT and HUNTER, JR., Robert N. concur.

Report per Rule 30(e).